UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASTASSIA DZEMYANOVICH,<br><br>Plaintiff,<br><br>v.<br><br>REMITLY, INC.,<br><br>Defendant. | Case No. 2:19-cv-01918-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE FED. R. CIV. P. 26(f) JOINT STATUS REPORT AND DISCOVERY PLAN** |

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that the deadline to file the Joint Status Report and Discovery Plan is hereby EXTENDED from January 24, 2020, to February 7, 2020.

Dated this 28 day of January 2020

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER GRANTING STIP MOTION TO EXTEND DEADLINE - JSR -** 1
**CASE NO. 2:19-cv-01918-RSM**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | */s/ Kellie A. Tabor*<br>Kellie A. Tabor, WSBA #46260<br>ktabor@littler.com |
| 4 | |
| 5 | */s/ Anne Reuben*<br>Anne Reuben, WSBA #53299 |
| 6 | areuben@littler.com |
| 7 | |
| 8 | LITTLER MENDELSON, P.C.<br>One Union Square |
| 9 | 600 University Street, Suite 3200<br>Seattle, WA 98101.3122 |
| 10 | Phone: 206.623.3300<br>Fax: 206.447.6965 |
| 11 | Attorneys for REMITLY, INC. |
| 12 | |
| 13 | */s/ Nastassia Dzemyanovich*<br>Nastassia Dzemyanovich |
| 14 | |
| 15 | *Pro Se*<br>14206 NE 181st Pl<br>L303 |
| 16 | Woodinville, WA 98072<br>nastassiadzemyanovich@gmail.com |

**ORDER GRANTING STIP MOTION TO EXTEND DEADLINE - JSR -** 2
**CASE NO. 2:19-cv-01918-RSM**