UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASTASSIA DZEMYANOVICH,<br><br>Plaintiff,<br><br>v.<br><br>REMITLY, INC.,<br><br>Defendant. | Case No. 2:19-cv-01918-RSM<br><br>**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without an award of costs or attorneys' fees to any party.

STIPULATED and AGREED to this 6th day of February 2020.

*/s/ Nastassia Dzemyanovich*
Nastassia Dzemyanovich
14206 NE 181st Pl
L303
Woodinville, WA 98072
nastassiadzemyanovich@gmail.com

Pro Se

*/s/ Kellie A. Tabor*
Kellie A. Tabor (WSBA No. 46260)
ktabor@littler.com
Anne Reuben (WSBA No. 53299)
areuben@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300

Attorneys for Defendant

**STIP AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** - 1
**CASE NO. 2:19-cv-01918-RSM**

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

DATED this 7th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Kellie A. Tabor*
Kellie A. Tabor (WSBA No. 46260)
rhammond@littler.com
Anne Reuben (WSBA No. 53299)
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,*
*Notice of Presentation Waived:*

*s/ Nastassia Dzemyanovich*
Nastassia Dzemyanovich
14206 NE 181st Pl
L303
Woodinville, WA 98072
nastassiadzemyanovich@gmail.com

Pro Se

**STIP AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** - 2
**CASE NO. 2:19-cv-01918-RSM**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300